[1]Martin Robles was tried separately for the murders of Jesus Gonzalez and John Commisky.  He was found guilty of two counts of capital murder and sentenced to death.  *See Robles v. State*, 2006 WL 1096971 (Tex. Crim. App. April 26, 2006) (not designated for publication).